# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WOOD | CASE NO. 1:10-cv-01556-SKO PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED UNDER SECTION 1983 |
| v. | |
| DR. R. GOSHGARIAN, | (Doc. 9) |
| Defendant. | ORDER COUNTING DISMISSAL AS A STRIKE UNDER 28 U.S.C. § 1915(G) |

Plaintiff Steve Wood, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on August 30, 2010.[1] On July 6, 2011, the Court dismissed Plaintiff's complaint for failure to state a claim under section 1983, and ordered Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e). To date, Plaintiff has not complied with or otherwise responded to the Court's order. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, with prejudice, based on Plaintiff's failure to state a claim upon which relief

///
///
///

---

[1] Plaintiff was incarcerated when he filed suit.

1 may be granted under section 1983.  This dismissal SHALL count as a strike under 28 U.S.C. §
2 1915(g).

4 IT IS SO ORDERED.

5 **Dated:   August 29, 2011**                             /s/ Sheila K. Oberto
                                                   UNITED STATES MAGISTRATE JUDGE